## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Rupert Nathaniel Isaac Jr. aka Rupert**
**Nathaniel Isaac**

               **Debtor(s)**

**BK NO. 20-01067 RNO**

**Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of HomeBridge Financial Services, Inc.   and index same on the master mailing list.


                          Respectfully submitted,


                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322