IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Rupert N. Isaac, Jr. | : | |
| Debtor | : | CASE NO. 5:20-bk-01067 RNO |
| | : | |
| Rupert N. Isaac, Jr. | : | |
| Movant | : | |

## AFFIDAVIT IN SUPPORT OF MOTION
## TO EXTEND AUTOMATIC STAY

I, RUPERT N. ISAAC, JR., being of full age, do hereby depose and swear as follows:

1. I am the Debtor in the instant Chapter 13 bankruptcy case.

2. I am executing this Affidavit to demonstrate my changed circumstances that could warrant the extension of the automatic stay in my case.

3. My prior bankruptcy was closed without discharge by Final Decree entered April 29, 2019 after a motion was filed by the U.S. Trustee objecting to discharge because I had not disclosed prior bankruptcy filing in the voluntary petition.

4. I have disclosed previously filed bankruptcies in the instant bankruptcy filing and it is believed and therefore averred that I am entitled to a discharge in the instant bankruptcy.

5. Since the filing of my prior bankruptcy my net income has increased, and my household expenses have decreased.

6. Based upon my current income and expenses, it is believed and therefore averred that I will be able to make the required Trustee payments in the instant bankruptcy case.

_____
RUPERT N. ISAAC, JR.

COMM. OF ~~PENNSYLVANIA~~ New York )
                                    ) SS.
COUNTY OF ~~MONROE~~ Queens )

On this the 15th day of April, 2020, before me, the undersigned officer, personally appeared RUPERT N. ISAAC, JR., known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public
CARMEN CHEVALIER
Notary Public, State of New York
No. 01CH6138328
Qualified in Queens County
Commission Expires December 19, 20 21