In re:  
Rupert Nathaniel Isaac, JR  
    Debtor

Case No. 20-01067-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Apr 21, 2020  
                      Form ID: ntcnfhrg     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2020.

```
db              +Rupert Nathaniel Isaac, Jr,    7094 Cypress Lane,    Tobyhanna, PA 18466-3516
5315669         +Credit Acceptance,    25505 W 12 Mile Rd,    Ste 3000,    Southfield MI 48034-8331
5314586         +KML Law Group, P.C.,    Ste 5000 - BNY Independence Center,    701 Market St,
                  Philadelphia, PA 19106-1538
5314587          Mount Sinai School of Medicine DBA,    MSMC Emergency,    P.O. Box 5024,
                  New York, NY 10087-5024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5315669         +E-mail/Text: ebnnotifications@creditacceptance.com Apr 21 2020 19:28:46      Credit Acceptance,
                  25505 W 12 Mile Rd,    Ste 3000,    Southfield MI 48034-8331
5314585         +E-mail/Text: Bankruptcy@homebridge.com Apr 21 2020 19:29:20
                  HomeBridge Financial Services, Inc.,    NMLS #6521,    194 Wood Avenue South, 9th Flr,
                  Iselin, NJ 08830-2761
                                                                                                TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2020 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II   on behalf of Debtor 1 Rupert Nathaniel Isaac, Jr
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rupert Nathaniel Isaac Jr,
aka Rupert Nathaniel Isaac,

**Debtor 1**

Chapter 13

Case No. 5:20–bk–01067–RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: June 3, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 21, 2020 |

ntcnfhrg (03/18)