```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                            Case No. 20-01067-RNO
Rupert Nathaniel Isaac, JR                                        Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke            Page 1 of 1             Date Rcvd: Apr 23, 2020
                              Form ID: pdf010            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
```
db              +Rupert Nathaniel Isaac, Jr,    7094 Cypress Lane,    Tobyhanna, PA 18466-3516
5315669         +Credit Acceptance,    25505 W 12 Mile Rd,    Ste 3000,    Southfield MI 48034-8331
5314586         +KML Law Group, P.C.,    Ste 5000 - BNY Independence Center,    701 Market St,
                  Philadelphia, PA 19106-1538
5314587          Mount Sinai School of Medicine DBA,    MSMC Emergency,    P.O. Box 5024,
                  New York, NY 10087-5024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5315669         +E-mail/Text: ebnnotifications@creditacceptance.com Apr 23 2020 19:41:00     Credit Acceptance,
                   25505 W 12 Mile Rd,    Ste 3000,    Southfield MI 48034-8331
5314585         +E-mail/Text: Bankruptcy@homebridge.com Apr 23 2020 19:41:36
                  HomeBridge Financial Services, Inc.,    NMLS #6521,    194 Wood Avenue South, 9th Flr,
                  Iselin, NJ 08830-2761
                                                                                                TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Rupert Nathaniel Isaac, Jr
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Rupert N. Isaac, Jr.** | : | |
| Debtor | : | CASE NO. 5:20-bk-01067 RNO |
| | : | |

AND NOW, to wit, upon consideration of the Debtor's Motion for an Order Extending the Automatic Stay, filed in the herein case, it is hereby ORDERED and DECREED that the Debtor's Motion to Extend the Automatic Stay is hereby granted and the automatic stay is extended as to all creditors until further order of this Court.

Dated: April 22, 2020

By the Court,

*/s/ Robert N. Opel, II*

Robert N. Opel, II, Bankruptcy Judge  (PAR)