```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 20-01067-RNO
Rupert Nathaniel Isaac, JR                                      Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5      User: AutoDocke       Page 1 of 1      Date Rcvd: Jun 04, 2020
                          Form ID: orcnfpln     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db             +Rupert Nathaniel Isaac, Jr,   7094 Cypress Lane,   Tobyhanna, PA 18466-3516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Rupert Nathaniel Isaac, Jr
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Rupert Nathaniel Isaac Jr,<br>aka Rupert Nathaniel Isaac, | Chapter 13 |
| **Debtor 1** | Case No. 5:20–bk–01067–RNO |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on March 18, 2020. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: June 4, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

orcnfpln(05/18)