## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rupert Nathaniel Isaac Jr. aka Rupert Nathaniel Isaac<br>                  Debtor<br><br>HomeBridge Financial Services, Inc.<br>                  Movant<br>      vs.<br><br>Rupert Nathaniel Isaac Jr.<br>aka Rupert Nathaniel Isaac<br><br>Ingrid Deaza<br>                  Respondents<br>And<br><br>Charles J. DeHart, III Esq. | CHAPTER 13<br><br><br><br>NO. 20-01067 RNO<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, after Notice and opportunity for a hearing, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301 are modified with respect to the subject premises located at 7094 Cypress Lane, Coolbaugh Township, PA 18466 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated: August 31, 2020

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Bankruptcy Judge <sup>(PAR)</sup>