```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 20-01067-RNO
Rupert Nathaniel Isaac, JR                                          Chapter 13
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 1            Date Rcvd: Aug 31, 2020
                                Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.
```
db           +Rupert Nathaniel Isaac, Jr,   7094 Cypress Lane,   Tobyhanna, PA 18466-3516
             +Ingrid Deaza,   7094 Cypress Lane,   Tobyhanna, PA 18466-3516
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
           bkgroup@kmllawgroup.com
          Timothy B. Fisher, II    on behalf of Debtor 1 Rupert Nathaniel Isaac, Jr
           donna.kau@pocono-lawyers.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rupert Nathaniel Isaac Jr. aka Rupert Nathaniel Isaac<br>               Debtor<br><br>HomeBridge Financial Services, Inc.<br>               Movant<br>      vs.<br><br>Rupert Nathaniel Isaac Jr.<br>aka Rupert Nathaniel Isaac<br><br>Ingrid Deaza<br>              Respondents<br>And<br><br>Charles J. DeHart, III Esq. | CHAPTER 13<br><br><br><br>NO. 20-01067 RNO<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

Upon consideration of Movant's Motion for Relief from the Automatic Stay, after Notice and opportunity for a hearing, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301 are modified with respect to the subject premises located at 7094 Cypress Lane, Coolbaugh Township, PA 18466 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated: August 31, 2020

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Bankruptcy Judge (PAR)