# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RUPERT NATHANIEL ISAAC, JR.
           AKA: RUPERT NATHANIEL ISAAC


                   Debtor(s)
                                                    CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                   Movant                   CASE NO: 5-20-01067-RNO

           vs.

           RUPERT NATHANIEL ISAAC, JR.
           AKA: RUPERT NATHANIEL ISAAC

                   Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 3, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     September 3, 2020                 Respectfully submitted,


                                            /s/   Agatha R. McHale, Esquire
                                            ID: 47613
                                            Attorney for Movant
                                            Charles J. DeHart, III
                                            Standing Chapter 13 Trustee
                                            8125 Adams Drive, Suite A
                                            Hummelstown, PA 17036
                                            Phone: (717) 566-6097
                                            Fax: (717) 566-8313
                                            eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RUPERT NATHANIEL ISAAC, JR.
           AKA: RUPERT NATHANIEL ISAAC
                                              CHAPTER 13

           Debtor(s)


           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE              CASE NO: 5-20-01067-RNO
                  Movant


## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> October 7, 2020 at 09:30 AM
> U.S. Bankruptcy Court
> Max Rosenn U.S. Courthouse
> 197 S. Main Street
> Wilkes Barre, PA


YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 2061.51**
**AMOUNT DUE FOR THIS MONTH: $687.17**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $2748.68**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  September 3, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RUPERT NATHANIEL ISAAC, JR.
         AKA: RUPERT NATHANIEL ISAAC

CHAPTER 13

         Debtor(s)

         CHARLES J. DEHART, III         CASE NO: 5-20-01067-RNO
         CHAPTER 13 TRUSTEE
           Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 3, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

TIMOTHY B. FISHER, II, ESQUIRE         UNITED STATES TRUSTEE
P.O. BOX 396         SUITE 1190
GOULDSBORO, PA  18424-         228 WALNUT STREET
         HARRISBURG, PA  17101

Served by First Class Mail

RUPERT NATHANIEL ISAAC, JR.
7094 CYPRESS LANE
TOBYHANNA, PA  18466

I certify under penalty of perjury that the foregoing is true and correct.

Date:  September 3, 2020

         Liz Joyce
         for Charles J. DeHart, III, Trustee
         Suite A, 8125 Adams Dr.
         Hummelstown, PA  17036
         Phone:  (717) 566-6097
         eMail: dehartstaff@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RUPERT NATHANIEL ISAAC, JR.
             AKA: RUPERT NATHANIEL ISAAC

                                 CHAPTER 13

             Debtor(s)

             CHARLES J. DEHART, III
             CHAPTER 13 TRUSTEE
                   Movant                    CASE NO: 5-20-01067-RNO

             vs.

             RUPERT NATHANIEL ISAAC, JR.       MOTION TO DISMISS
             AKA: RUPERT NATHANIEL ISAAC

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.