```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 20-01067-RNO
Rupert Nathaniel Isaac, JR                                      Chapter 13
            Debtor                   CERTIFICATE OF NOTICE
```

District/off: 0314-5        User: AutoDocke         Page 1 of 1               Date Rcvd: Sep 11, 2020
                            Form ID: pdf010         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
```
db              +Rupert Nathaniel Isaac, Jr,    7094 Cypress Lane,    Tobyhanna, PA 18466-3516
5328205         +Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
5314586         +KML Law Group, P.C.,    Ste 5000 - BNY Independence Center,    701 Market St,
                 Philadelphia, PA 19106-1538
5330376         +Lending Club Corporation,    595 Market Street,    Suite 200,   San Francisco, CA 94105-2807
5314587          Mount Sinai School of Medicine DBA,    MSMC Emergency,    P.O. Box 5024,
                 New York, NY 10087-5024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5315669         +E-mail/Text: ebnnotifications@creditacceptance.com Sep 11 2020 19:29:07     Credit Acceptance,
                 25505 W 12 Mile Rd,    Ste 3000,   Southfield MI 48034-8331
5314585         +E-mail/Text: Bankruptcy@homebridge.com Sep 11 2020 19:29:22
                 HomeBridge Financial Services, Inc.,    NMLS #6521,   194 Wood Avenue South, 9th Flr,
                 Iselin, NJ 08830-2761
                                                                                              TOTAL: 2
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Rupert Nathaniel Isaac, Jr
               donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Rupert Nathaniel Isaac, Jr. | : | |
| Debtors | : | CASE NO. 5:20-bk-01067 RNO |
| | : | |

## ORDER GRANTING VOLUNTARY DISMISSAL

AND NOW on the motion of Debtor, Rupert Nathaniel Isaac, Jr., for an Order granting his request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is ORDERED that the Chapter 13 case is hereby dismissed.

Dated: September 11, 2020

By the Court,

*Robert N. Opel II*
Robert N. Opel, II, Bankruptcy Judge  BI